IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLAIRE S. ZAISER,

     Appellant,

v.

MICHAEL CORRIGAN, as Tax Collector for Duval County, Florida; and JAMES N. OVERTON, as Property Appraiser for Duval County, Florida,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3738

Opinion filed August 3, 2016.

An appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

Claire S. Zaiser, pro se, Appellant.

Craig D. Feiser, Assistant General Counsel, City of Jacksonville, Office of General Counsel, Jacksonville, for Appellees.

PER CURIAM.

     AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.